C-13-15(ECF)
(Rev. 3/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  Wendy Lee Day                )
                                     )     **MOTION**
                                     )     **CHAPTER 13**
                                     )
                                     )     No:  B-10-82250 C-13D
              Debtor(s)              )


The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

The Debtor filed a Chapter 13 Petition on December 10, 2010.  The Debtor's §341 meeting was scheduled for January 21, 2011. The Debtor failed to appear at the §341 meeting and has failed to make the scheduled Plan payment timely.

The Standing Trustee respectfully recommends to the Court that the Debtor be dismissed from the Plan for failure to appear at the scheduled §341 meeting and for nonpayment.


Date:  February 24, 2011                         s/Richard M. Hutson, II
RMH:ltp                                          Standing Trustee
-----------------------------------------------------------------------------------------------------------------------

## NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION

You are notified that the foregoing matter will be heard before this Court at the Courtroom, Venable Center, Dibrell Building, Suite C280, 302 East Pettigrew Street, Durham, NC, on **April 21, 2011**, at 12:00 p.m.; at which time you may appear and offer your evidence.  If you fail to appear, the motion may be taken as true and an Order entered accordingly.


Date:  February 24, 2011                         OFFICE OF THE CLERK
                                                 U.S. Bankruptcy Court

PARTIES TO BE SERVED
PAGE 1 OF 1
10-82250 C-13D

Wendy Lee Day
8 South Berrymeadow Lane
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702